UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

RICARDO McCLOUD, :
           Plaintiff, :
            :
   v. : No. 5:25-cv-02119
            :
READING SCHOOL DISTRICT, :
           Defendant. :
_____

**O R D E R**

**AND NOW**, this 7th day of October, 2025, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Dismiss, *see* ECF No. 13, is **GRANTED**;

    a. The Amended Complaint, ECF No. 12, is **DISMISSED without prejudice**;

    b. **Within twenty (20) days of the date of this Order**, Plaintiff may file a second amended complaint as to Counts I, II and III;

2. If Plaintiff fails to timely file a second amended complaint, the Amended Complaint may be dismissed with prejudice and without further notice.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge