UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

RICARDO McCLOUD,                          :
                Plaintiff,     :
                                :
                v.               :    No. 5:25-cv-2119
                                :
READING SCHOOL DISTRICT,          :
                Defendant.      :

_____

## O R D E R

**AND NOW**, this 13th day of July, 2026, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Dismiss the Third Amended Complaint, *see* ECF No. 30, is **GRANTED**.

2. The Third Amended Complaint, ECF No. 29, is **DISMISSED with prejudice** for failure to state a claim.

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge